IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co.,<br><br>Plaintiffs,<br><br>v.<br><br>Advantage Auto Glass, L.L.C. and Jeremy Solheim,<br><br>Defendants. | NO. 2:19-cv-02705<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL** |

    Having reviewed the parties' Stipulation to Extend Time to File Stipulation to Dismiss and good cause appearing therefore,

    IT IS HEREBY ORDERED that:

9116200

1.   The deadline for the parties to file a stipulation of dismissal is extended from August 29, 2019 to September 5, 2019.

IT IS SO ORDERED.

9116200