# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Company, et al., | No. CV-19-02705-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Advantage Auto Glass LLC, et al., | |
| Defendants. | |

Having reviewed the parties' Stipulation to Extend Time to File Stipulation to Dismiss (Doc. 23) and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the Stipulation. The deadline for the parties to file a stipulation of dismissal is extended to **September 5, 2019**.

Dated this 30th day of August, 2019.

Honorable Susan M. Brnovich
United States District Judge