**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: max.gershenoff@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.*

## IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., <br><br> Plaintiffs, <br><br> v. <br><br> Advantage Auto Glass, L.L.C. and Jeremy Solheim, <br><br> Defendants. | NO. 2:19-cv-02705 <br><br> **STIPULATION TO ENTER SETTLEMENT ORDER AND TO DISMISS WITHOUT PREJUDICE** <br><br> (Assigned to Hon. Susan M. Brnovich) |

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "Plaintiffs") Defendants Advantage Auto Glass, L.L.C. and Jeremy Solheim (collectively the

9117117

"Defendants"), and non-parties Amie Solheim ("Mrs. Solheim"), Solheim Solutions, L.L.C., Assured Auto Protection, L.L.C., and Cine-Glass, L.L.C. (collectively, the "Additional Glass Companies", and collectively with Mrs. Solheim, Plaintiffs, and Defendants, the "Settlement Parties") hereby stipulate as follows:

1. Plaintiffs and Defendants are presently engaged in the above-referenced action pending before this Court.

2. Mrs. Solheim and the Additional Glass Companies hereby appear in this action and appoint Tony Caliendo, Esq. as their counsel for the limited and sole purpose of representing their interests in connection with the negotiation and entry of the Order settling this action.

3. Defendants, Mrs. Solheim, and the Additional Glass Companies hereby warrant and represent that, between April 29, 2019 and the present, they have not dissipated their assets.

4. Mrs. Solheim and the Additional Glass Companies appear before this Court and consent to this Court's jurisdiction, <u>via</u> their counsel, Tony Caliendo, Esq., for the purposes of becoming subject to and bound by the attached proposed Order of Settlement and any subsequent enforcement proceedings arising therefrom.

5. The Settlement Parties request that the Court order and adopt the attached proposed Order of Settlement in connection with the settlement and resolution of this matter.

6. The Settlement Parties have submitted the terms of their settlement agreement as a proposed Order of Settlement to ensure that any prospective enforcement proceedings arising from the Order of Settlement can be adjudicated before this Court in an expedited manner.

7. Plaintiffs and Defendants hereby stipulate and agree that, upon the Court's adoption and entry of the proposed Order of Settlement, all claims in this action asserted by Plaintiffs against the Defendants will be dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

THORPE SHWER, P.C.

9117117

A proposed Order of Settlement is filed concurrently herewith.

Dated this 5th day of September, 2019.

| **THORPE SHWER, P.C.** | **ORANGEWOOD LAW GROUP, PLC** |
|---|---|
| By: /s/ *William L. Thorpe*<br>     William L. Thorpe<br>     Jamie Gill Santos | By: */s/ Tony Caliendo*<br>     Tony Caliendo<br><br>*Counsel for Defendants,*<br>*Amie Solheim, and the Additional Glass Companies* |

AND

Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice)*
Steven Henesy (admitted *pro hac* vice)
Michael Vanunu (admitted *pro hac vice*)
**RIVKIN RADLER LLP**

*Counsel for Plaintiffs*

3

9117117

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                                    */s/ Joan Peralta*
                                                 An Employee of Thorpe Shwer, P.C.

9117117