# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Advantage Auto Glass LLC and Jeremy Solheim,<br><br>Defendants. | No. CV-19-02705-PHX-SMB<br><br>**ORDER** |

The parties have settled and stipulated to dismissal. Therefore, IT IS ORDERED that the Clerk of Court terminate this case.

Dated this 9th day of September, 2019.

Honorable Susan M. Brnovich
United States District Judge