# EXHIBIT 1

**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co.,*
*GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF ARIZONA**

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., <br><br> Plaintiffs, <br><br> v. <br><br> Advantage Auto Glass, LLC, and Jeremy Solheim, <br><br> Defendants. | NO. CV-19-2705-PHX-SMB <br><br> **DECLARATION OF JEFFREY SCHMERSAHL** <br><br> (Assigned to the Hon. Susan M. Brnovich) |

Jeffery Schmersahl hereby declares the truth of the following pursuant to 28 U.S.C. § 1746:

1. I am employed by Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "GEICO") as a Special Investigation Unit Manager.

9178525

2. I have personal knowledge of the facts set forth in this declaration and would testify as to them in a Court of law if called upon to do so.

3. I respectfully submit this declaration in further support of GEICO's motion for entry of judgment against (i) Defendants Advantage Auto Glass, LLC ("Advantage") and Jeremy Solheim ("Solheim," and collectively with Advantage, "Defendants"); (ii) Amie Solheim ("Mrs. Solheim"); and (iii) Solheim Solutions, LLC, Assured Auto Protection, LLC, and Cine-Glass, LLC (collectively, the "Additional Glass Companies" and, collectively with Solheim, Advantage, and Mrs. Solheim, the "Solheim Parties").

4. GEICO commenced this action on April 29, 2019.

5. In September 2019, GEICO and the Defendants entered into a settlement agreement, which was so-ordered by this Court on September 9, 2019 (the "Order of Settlement").

6. Under the terms of the Order of Settlement, the Defendants were to, among other things, pay GEICO the sum of $50,000.00 dollars (the "Settlement Proceeds") within sixty (60) days of the entry of the Order of Settlement.

7. The Defendants failed to pay GEICO the full Settlement Proceeds within 60 days of the entry of the Order of Settlement.

8. As of the date of this declaration, the Defendants have not paid the full Settlement Proceeds to GEICO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2020.

Jeffrey Schmersahl

2

9178461