THORPE SHWER, P.C.

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., <br><br> Plaintiffs, <br><br> v. <br><br> Advantage Auto Glass, L.L.C. and Jeremy Solheim, <br><br> Defendants. | NO. CV-19-2705-PHX-SMB <br><br> **JUDGMENT IN A CIVIL CASE** |

On _____, the Court considered the motion by Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs" or "GEICO"), pursuant to the terms of the Order of Settlement entered by this Court [Dkt. 26], for entry of a judgment against Advantage Auto Glass, LLC, Jeremy Solheim, Amie

9184066

Solheim, Solheim Solutions, LLC, Assured Auto Protection, LLC, and Cine-Glass, LLC (collectively the "Solheim Parties").

After considering the papers submitted in connection with the motion, the papers on file in this action, and the authorities cited,

**IT IS ORDERED AND ADJUDGED** that:

Judgment be entered against the Solheim Parties, jointly and severally, in the amount of $250,000.00.

**IT IS FURTHER ORDERED** that:

This judgment shall bear interest at the post-judgment interest rate of _____% per annum (pursuant to 28 U.S.C. § 1961), from the date of the entry of this judgment until the judgment is paid in full.

**IT IS SO ORDERED**.

9184066